# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRENDA DILLARD, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 9:16-cv-80490-DMM |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PLATFORM SPECIALTY PRODUCTS CORPORATION, RAKESH SACHDEV, DANIEL H. LEEVER, SANJIV KHATTRI, WAYNE HEWETT, and FRANK J. MONTEIRO, | |
| Defendants. | |

The parties hereby stipulate to the dismissal of the above-captioned action (the "Action") with prejudice by the undersigned Plaintiffs as to Platform Specialty Products Corporation ("Platform"), Rakesh Sachdev, Daniel H. Leever, Sanjiv Khattri, Wayne Hewett, and Frank J. Monteiro (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as grounds therefor state as follows:

WHEREAS, on June 30, 2016, Plaintiffs Mukesh Patel and Stephen Watson ("Plaintiffs") were appointed as the Lead Plaintiffs in this Action;

WHEREAS, Defendants deny that they engaged in any wrongful acts or are liable on any of the claims in this Action;

WHEREAS, this Action has not been certified as a class action;

WHEREAS, in consideration of the covenants and agreements contained in this Stipulation, the undersigned parties hereby stipulate and agree as follows:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be dismissed with prejudice by the undersigned Plaintiffs as to all Defendants, with each side to bear its own attorneys' fees and costs incurred in connection with this Action;

2.      The undersigned parties mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis;

3.      This Stipulation constitutes the entire and complete agreement between the undersigned parties, the terms and conditions contained herein are contractual and not a mere recital, and such terms and conditions shall not be amended, supplemented or abrogated other than by a written instrument signed by each affected party hereto, or by the authorized representative of each party; and

4.      This Stipulation shall not be construed against the party preparing it, but shall be construed as if the parties jointly prepared this Stipulation, and any uncertainty or ambiguity shall not on the ground of authorship be interpreted against any one party.

THEREFORE, it is hereby stipulated and agreed by all undersigned parties that this Action be dismissed with prejudice as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED:  December 14, 2016

**POMERANTZ LLP**

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein (FL Bar No.: 144088)
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
Telephone: (954) 315-3454
Facsimile: (954) 315-3455
jagoldstein@pomlaw.com

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Patricia E. Lowry*
Patricia E. Lowry (FL Bar No.: 332569)
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401
Telephone: (561) 650-7214
Facsimile: (561) 655-1509

**POMERANTZ LLP**
Jeremy A. Lieberman
Tamar A. Weinrib
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
jalieberman@pomlaw.com
taweinrib@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt
Adam M. Apton
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Telephone:     (202) 524-4290
Facsimile:     (202) 333-2121
nporritt@zlk.com

*Co-Lead Counsel for Plaintiff*

patricia.lowry@squirepb.com

Walter C. Carlson (*pro hac vice*)
Nilofer I. Umar (*pro hac vice*)
Nicholas K. Tygesson (*pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
wcarlson@sidley.com
numar@sidley.com
ntygesso@sidley.com

*Attorneys for Defendants Platform Specialty*
*Products Corporation, Rakesh Sachdev,*
*Daniel H. Leever, Sanjiv Khattri, and*
*Frank J. Monteiro*

**MCDONALD HOPKINS LLC**

/s/ Bruce E. Reinhart
Bruce E. Reinhart, Esq. (FL Bar No.: 10762)
505 S. Flagler Drive, Suite 300
West Palm Beach, Florida 33401
Telephone: 561-472-2121
Facsimile: 561-472-2122
BReinhart@mcdonaldhopkins.com

**GIBSON, DUNN & CRUTCHER LLP**
Lee Dunst (*Pro Hac Vice*)
Aric Wu (*Pro Hac Vice*)
Brad Schoenfeldt (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166-0193
Telephone: 212-351-4000
Facsimile: 212-351-4035
LDunst@gibsondunn.com
AWu@gibsondunn.com
BSchoenfeldt@gibsondunn.com

*Attorneys for Defendant Wayne Hewett*

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2016, I filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using CM/ECF, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein