**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-80490-CV-MIDDLEBROOKS**

BRENDA DILLARD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PLATFORM SPECIALTY PRODUCTS CORPORATION, RAKESCH SACHDEV, DANIEL H. LEEVER, SANJIV KHATTRI, WAYNE HEWETT, and FRANK J. MONTEIRO,

Defendants.

_________________________________/

# ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, filed on December 14, 2016. (DE 68). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 16 day of December, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record